■ The People of the State of New York, Respondent, v Mark Watson, Appellant. [771 NYS2d 639]—

Judgment, Supreme Court, Bronx County (Barbara Newman, J.), entered on or about June 15, 2000, convicting defendant, after a jury trial, of rape in the first degree, sodomy in the first degree, and burglary in the first degree (two counts), and sentencing him, as a second felony offender, to two consecutive terms of 12½ to 25 years for the burglary convictions, and two concurrent terms of 12½ to 25 years for the rape and sodomy convictions, to run consecutively with the burglary convictions, unanimously affirmed.

Defendant's application pursuant to *Batson v Kentucky* (476 US 79 [1986]) was properly denied as the record supports the trial court's determination that defendant failed to make a prima facie showing of intentional discrimination in the prosecution's exercise of its peremptory challenges (*People v Brown*, 97 NY2d 500, 507-508 [2002]; *People v Williams*, 301 AD2d 369 [2003], *lv denied* 99 NY2d 659 [2003]). Defendant's numerical argument was not so compelling as to be conclusive (*see People v Walker*, 306 AD2d 56, 56 [2003], *lv denied* 100 NY2d 600 [2003]; *People v Truesdale*, 299 AD2d 289, 290 [2002], *lv denied* 99 NY2d 659 [2003]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Nardelli, J.P., Mazzarelli, Andrias and Williams, JJ.